**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _____JOHN F TAMBURO_____
(Please print)

STREET ADDRESS: _____15960 ROLLAND CT_____

CITY/STATE/ZIP: _____Manhattan IL 60442_____

PHONE NUMBER: _____815 342 4068_____   JH

CASE NUMBER: _____
07CV6570
JUDGE BUCKLO
MAGISTRATE JUDGE COLE

_____John F Tamburo_____          20 Nov 2007
Signature                                Date

KC **FILED**
NOV 2 0 2007
Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT