UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

John F Tamburo
                                    Plaintiff,

v.                                                          Case No.: 1:07−cv−06570
                                                            Honorable Elaine E. Bucklo

Clavio Law Offices, P.C., et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 28, 2007:

    MINUTE entry before Judge Elaine E. Bucklo :Status hearing set for 2/29/2008 at 09:30 AM. at which time plaintiff must appear or the case will be dimissed.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.