## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

John F Tamburo

                               Plaintiff,

v.                                           Case No.: 1:07−cv−06570
                                                     Honorable Elaine E. Bucklo

Clavio Law Offices, P.C., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

       MINUTE entry before Judge Elaine E. Bucklo : Plaintiff's unopposed motion to dismiss case is granted and it is so ordered. The court retains jurisdiction to enforce the terms of settlement. Status hearing set for 2/29/08 is now vacated.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.