In The

# United States District Court

### For the Northern District Of Illinois, Eastern Division

| | | |
|---|---|---|
| JOHN F. TAMBURO<br>*Plaintiff* | )<br>)<br>) | Case Number:  07 C 6570 |
| *-against-* | )<br>) | |
| CLAVIO LAW OFFICES, P.C.,<br>(a professional corporation),<br>KLEVER GREEN LANDSCAPING, INC.,<br>(an Illinois Corporation)<br>ROBERT DEACETIS, personally,<br>CHRISTOPHER C. ZELNIS, personally<br>JOHN C. CLAVIO, personally | )<br>)<br>)<br>)<br>)<br>)<br>) | JUDGE:<br>The Honorable Elaine Bucklo |

**PLAINTIFF'S**

**UNOPPOSED**

**MOTION TO DISMISS THIS CASE**

FILED
Jan 2, 2008
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOW COMES YOUR Plaintiff, John F. Tamburo, appearing *pro se* and presenting this

**UNOPPOSED** motion to dismiss this action. In support whereof, Plaintiff states:

1. This action was brought on November 20, 2007.

2. Defendants were served and retained counsel, Mr. Lance Northcutt, Esq., of Berg, Northcutt and Berg, of Chicago.

3. After negotiation, the parties have settled this matter.

4. As part of the settlement, the material terms of which remain confidential at this time, the instant case is to be dismissed, with this court retaining jurisdiction to enforce the terms of the confidential settlement agreement.

## RELIEF

Wherefore, PREMISES CONSIDERED, Plaintiff prays, without opposition, that this case be dismissed because it has been settled, and that the court retain jurisdiction to enforce the terms of the confidential settlement agreement.

DATED DECEMBER 26, 2007:

_____
John F. Tamburo
Plaintiff
15960 Rolland Court
Manhattan IL 60442
815-342-4068