

ORiginal

In The

# United States District Court

## For the Northern District Of Illinois, Eastern Division

| | | |
|---|---|---|
| JOHN F. TAMBURO<br>*Plaintiff*<br><br>*-against-*<br><br>CLAVIO LAW OFFICES, P.C.,<br>(a professional corporation),<br>KLEVER GREEN LANDSCAPING, INC.,<br>(an Illinois Corporation)<br>ROBERT DEACETIS, personally,<br>CHRISTOPHER C. ZELNIS, personally<br>JOHN C. CLAVIO, personally | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 07 C 6570<br><br><br><br><br>**JUDGE:**<br>**The Honorable Elaine E. Bucklo** |

### NOTICE OF MOTION

FILED
Jan 2, 2008
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:  Mr. Lance Northcutt, Esq.
     Attorney for the Defendants
     Berg, Northcutt and Berg
     2100 West 35th Street
     Chicago, Illinois 60609

**PLEASE TAKE NOTICE** that I will present the attached **MOTION TO DISMISS CASE, UNOPPOSED** before the **Honorable Elaine E. Bucklo**, or any judge sitting in her stead, in courtroom number **1441** in the Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, on **Thursday, January 3, 2008**, at **9:30AM CST**.


_____
John F. Tamburo
Plaintiff
15960 Rolland Court
Manhattan IL 60442
815-342-4068

1

## PROOF OF SERVICE

      I, John F. Tamburo, Plaintiff, do hereby on the pain and penalty of perjury as set forth in 28 USC § 1746, affirm that I served a copy of this notice and the attached motion upon Defendants' counsel on or before 5:00PM on December 26, 2007 by email to lance@bergandberg.net, and additionally by U.S. Mail, postage prepaid, to the address set forth in this notice of motion.

_____
John F. Tamburo
Plaintiff
15960 Rolland Court
Manhattan IL 60442
815-342-4068